STACY D. HARROP, ESQ.
Nevada Bar No. 9826
E-mail: sharrop@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

DAVID H. BECKER, ESQ., *Pro Hac Vice*
Oregon Bar No. 081507
E-mail: davebeckerlaw@gmail.com
Law Office of David H. Becker, LLC
833 SE Main Street # 302
Portland, OR 97214
(503) 388-9160

*Attorneys for Plaintiffs*

ROBERT G. DREHER, Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
JAMES A. MAYSONETT, Senior Trial Attorney
Wildlife & Marine Resources Section P.O. Box 7611, Washington D.C. 20044
(202) 305-0216, facsimile (202) 305-0275
james.a.maysonett@usdoj.gov
MAUREEN E. RUDOLPH, Senior Trial Attorney
TY BAIR, Trial Attorney
Natural Resources Section
P.O. Box 7611, Washington, D.C. 20044-7611
(202) 514-2795, facsimile (202) 305-0506

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JUDY BUNDORF, an individual; FRIENDS OF SEARCHLIGHT DESERT AND MOUNTAINS; BASIN AND RANGE WATCH; ELLEN ROSS, an individual; and RONALD VAN FLEET, JR., an individual,

Plaintiffs,

v.

S.M.R. JEWELL, Secretary of the Interior, BUREAU OF LAND MANAGEMENT, U.S. FISH & WILDLIFE SERVICE,

Defendants.

CASE NO.: 2:13-cv-616-MMD-PAL

**PARTIES' PROPOSED SCHEDULING ORDER**

On June 18, 2013 and July 10, 2013, counsel for Plaintiff and counsel for Defendants held telephone conferences pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1(d). The parties agree that, as an administrative record review case, the deadlines provided in Local Rule 26-1(e) are not appropriate, and an order should be issued under Local Rule 16-1(c)(1).

After conferring, the parties jointly propose the following scheduling order for this case:

1. Federal defendants lodge and serve the administrative record by September 17, 2013.

<u>Plaintiffs' Position:</u>

Because the production of the administrative record is the essential first step to judicial review of the claims in this case, and because Federal Defendants have proposed a date (September 17, 2013) for production of the administrative record that is more than five months after this suit was filed, Plaintiffs will oppose any motion to extend the date for lodging and serving the administrative record set in the proposed scheduling order. Plaintiffs initially had proposed a briefing schedule that would have required production of the administrative record by August 9, 2013, four months after the suit was filed, with briefing to be completed by mid-December. Plaintiffs agreed to the briefing schedule proposed below to accommodate the schedules of counsel for Federal Defendants, and sought an agreement from Federal Defendants that they would not request any extension of the date to produce the administrative record.

<u>Federal Defendants' Position:</u>

While the Federal Defendants anticipate filing the administrative record on September 17, 2013, if a motion to extend the filing date is filed, the Federal Defendants agree not to use the briefing schedule as a basis to move the record date. In the event of such a motion, the Federal Defendants further agree not to oppose a motion to extend the briefing schedule if Plaintiffs require additional time to review the administrative record and file their opening brief.

2. Plaintiffs shall file their motion for summary judgment by December 6, 2013.

3. Federal Defendants (and intervenor if intervention is granted) shall file their response and cross-motion for summary judgment by January 17, 2013.

4. Plaintiffs shall file their summary judgment reply by February 7, 2014.

5. Federal Defendants (and intervenor if intervention is granted) will file their summary judgment reply by February 28, 2014.

//

Respectfully submitted this 24th day of July 2013.

/s Stacy D. Harrop
STACY D. HARROP, ESQ.
Nevada Bar No. 9826
E-mail: sharrop@nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
(702)791-0308

/s David H. Becker
DAVID H. BECKER, ESQ., *Pro Hac Vice*
Oregon Bar No. 081507
E-mail: davebeckerlaw@gmail.com
Law Office of David H. Becker, LLC
833 SE Main Street # 302
Portland, OR 97214
(503) 388-9160

*Of Attorneys for Plaintiffs*

s/ Ty Bair
TY BAIR, Trial Attorney
Natural Resources Section
P.O. Box 7611, Washington, D.C. 20044-7611
(202) 514-2795, facsimile (202) 305-0506

*Of Attorneys for Federal Defendants*

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the parties shall comply with the requirements of Local Rule 6-2 regarding submission of any future stipulations and ex parte/unopposed motions.

**DATED** this 25th day of July, 2013.

Peggy A. Leen
United States Magistrate Judge