UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUDY BUNDORF, an individual; FRIENDS OF SEARCHLIGHT DESERT AND MOUNTAINS; BASIN AND RANGE WATCH; ELLEN ROSS, an individual; and RONALD VAN FLEET, SR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL, Secretary of the Interior, BUREAU OF LAND MANAGEMENT, U.S. FISH & WILDLIFE SERVICE,<br><br>Defendants. | Case No. 2:13-cv-00616-MMD-PAL<br><br>ORDER |

Before the Court is Searchlight Wind Energy, LLC's Motion to Intervene. (Dkt. no. 20.) Plaintiffs do not oppose intervention. (Dkt. no. 23.) The Court has reviewed the Motion and agrees with proposed intervenor defendant that intervention is proper under Fed. R. Civ. P. 24(a). It is therefore ordered that the Motion to Intervene is granted.

DATED THIS 25th day of November 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE