ROBERT G. DREHER, Acting Assistant Attorney General
    United States Department of Justice
    Environment & Natural Resources Division

SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
JAMES A. MAYSONETT, Senior Trial Attorney
    Wildlife & Marine Resources Section
    P.O. Box 7611, Washington D.C. 20044
    (202) 305-0216, facsimile (202) 305-0275
    james.a.maysonett@usdoj.gov

MAUREEN E. RUDOLPH, Senior Trial Attorney
TY BAIR, Trial Attorney
    Natural Resources Section
    P.O. Box 7611, Washington, D.C. 20044-7611
    (202) 514-2795, facsimile (202) 305-0506
COUNSEL FOR FEDERAL DEFENDANTS
Attorneys for the Federal Defendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUDY BUNDORF, an individual; FRIENDS OF SEARCHLIGHT DESERT AND MOUNTAINS; BASIN AND RANGE WATCH; ELLEN ROSS, an individual; and RONALD VAN FLEET, SR., an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>S.M.R. JEWELL, Secretary of the Interior, BUREAU OF LAND MANAGEMENT, U.S. FISH & WILDLIFE SERVICE,<br><br>    Defendants. | No. 2: 13-cv-00616<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME AND REVISED SCHEDULING ORDER<br><br>(First Request) |

    Federal Defendants S.M.R. Jewell, Secretary of the Interior, Bureau of Land Management ("BLM"), and U.S. Fish and Wildlife Service ("FWS") hereby request a four-week

extension of time to file their opening summary judgment brief and for an Order revising the briefing schedule for cross-motions for summary judgment, pursuant to Local Rules 6-1(b) and 6-2(a) and Judge Du's Civil Standing Order.  Undersigned counsel for Federal Defendants have conferred with counsel for Defendant-Intervenor, who have indicated that they concur in the revised schedule and do not oppose this motion.  Counsel for Plaintiffs have indicated that they do not oppose this motion, but that the proposed extension may result in Plaintiffs requesting some extension of their revised Response deadline once their counsel's schedule in April and May becomes more clear.

Federal Defendants have not requested any previous extensions in this case.  The Court has granted one previous extension to Plaintiffs, at which time the Court entered a revised scheduling order (ECF No. 33).

The extension requested in this motion is necessary due to counsel's litigation obligations in other cases, including *Sierra Club v. Bostick*, No. 13-cv-1239 (D. D.C.); *Bettor Racing v. NIGC*, No. 13-cv-4051 (D. S.D.); *Friends of the Wild Swan v. Jewell*, No. 9:13-cv-00061-DWM (D. Mont.).  Granting this motion will not prejudice any party and will not affect any court-ordered deadline aside from those set forth in the proposed revised briefing schedule below.  Accordingly, Federal Defendants respectfully request an extension of their deadline to cross-move for summary judgment, with that deadline and the subsequent deadlines to be revised as follows:

| Event | Current Deadline | Requested Extension |
| --- | --- | --- |
| Federal Defendants' (and Intervenor's) cross-motion and response: | March 14, 2014 | April 11, 2014 |
| Plaintiffs' response and reply: | April 4, 2014 | May 2, 2014 |

2

Federal Defendants' (and Intervenor's) reply:       April 25, 2014        May 23, 2014

  For the foregoing reasons, Federal Defendants respectfully request that this Court grant this unopposed motion.

            Respectfully Submitted,

            Robert G. Dreher
            Acting Assistant Attorney General
            United States Department of Justice
            Environment & Natural Resources Division

            Seth M. Barsky, Section Chief
            S. Jay Govindan, Assistant Section Chief
            James A. Maysonett, Senior Trial Attorney
            Wildlife & Marine Resources Section
            P.O. Box 7611, Washington D.C. 20044
            (202) 305-0216, facsimile (202) 305-0275
            james.a.maysonett@usdoj.gov

            /s/ Ty Bair
            Maureen E. Rudolph, Senior Trial Attorney
            Ty Bair, Trial Attorney
            Natural Resources Section
            P.O. Box 7611, Washington, D.C. 20044-7611
             (202) 514-2795, facsimile (202) 305-0506
            Counsel for Federal Defendants
            Attorneys for the Federal Defendants

OF COUNSEL

Janell Bogue
Gregory Russell
Office of the Solicitor
U.S. Department of Interior

DATED:  March 11, 2014

               IT IS SO ORDERED

Dated: __March 11, 2014__         _____
                   U.S. District Judge

3