DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY BUNDORF, an individual, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> KEN SALAZAR, Secretary of the Interior, *et al.*, <br><br> Defendants. | Case No. 2:13-cv-00616-MMD-PAL |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Maureen E. Rudolph to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Ms. Rudolph is an attorney with the United States Department of Justice, Environment and Natural Resources Division, an agency of the federal government, and is an active member in good standing of the bar of the District of Columbia (Bar No. 976416), and an inactive member in good standing of the bar of South Dakota (Bar No. 3076).

The following information is provided to the Court:

Maureen E. Rudolph, Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 2000244-7611
Phone: 202-305-0479
Fax: 202-305-0506
Email: Maureen.Rudolph@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Maureen E. Rudolph to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 11th day of April 2014.

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
~~UNITED STATES MAGISTRATE JUDGE~~

DATED: May 5, 2014

**PROOF OF SERVICE**

I, Blaine T. Welsh, certify the following individuals were served with a copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on the date and via the method of service identified below:

**Electronic Case Filing**:

Doreen M Spears-Hartwell
dhartwell@lionelsawyer.com, fedvegas@lionelsawyer.com, rcaliguire@lionelsawyer.com

Linda M. Bullen
lbullen@lionelsawyer.com, RKillpack@snowjensen.com, alodwick@lionelsawyer.com, cjensen@snowjensen.com, gbowler@lionelsawyer.com, vlsnow@snowjensen.com

Donna M. Wittig
dwittig@nevadafirm.com, ltrotti@nevadafirm.com

David H. Becker
davebeckerlaw@gmail.com

Erin Madden
erin.madden@gmail.com

Dated this 11th day of April 2014.

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney

3