JOHN C. CRUDEN, Assistant Attorney General
    United States Department of Justice
    Environment & Natural Resources Division

SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
JEREMY HESSLER, Trial Attorney
    Wildlife & Marine Resources Section
    P.O. Box 7611, Washington D.C. 20044
    (202) 305-0431, facsimile (202) 305-0275
    jeremy.hessler@usdoj.gov

MAUREEN E. RUDOLPH, Senior Trial Attorney
TY BAIR, Trial Attorney
    Natural Resources Section
    P.O. Box 7611, Washington, D.C. 20044-7611
    (202) 514-2795, facsimile (202) 305-0506
COUNSEL FOR FEDERAL DEFENDANTS
Attorneys for the Federal Defendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUDY BUNDORF, an individual; FRIENDS OF SEARCHLIGHT DESERT AND MOUNTAINS; BASIN AND RANGE WATCH; ELLEN ROSS, an individual; and RONALD VAN FLEET, SR., an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>S.M.R. JEWELL, Secretary of the Interior, BUREAU OF LAND MANAGEMENT, U.S. FISH & WILDLIFE SERVICE,<br><br>    Defendants. | No. 2: 13-cv-00616<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>(Second Request) |

    Pursuant to Local Rules 6-1(b) and 6-2(a) and Judge Du's Civil Standing Order, Federal

Defendants S.M.R. Jewell, Secretary of the Interior, Bureau of Land Management ("BLM"), and

1

U.S. Fish and Wildlife Service ("FWS") hereby request an extension of time to file their points and authorities in response to Plaintiffs' Motion to Vacate (ECF No. 99), Motion for Permenent Injunction (ECF No. 100), and Motion for Clarification of Order (ECF No. 101), revising the briefing schedule to reflect the response will be due March 26, 2015.  Intervenor-Defendant requests an equivalent extension to March 26, 2015 for its response to Plaintiffs' motions.  Finally, Plaintiffs request an extension to April 17, 2015 to file their reply brief.  Undersigned counsel for Federal Defendants have conferred with counsel for Defendant-Intervenor and for Plaintiffs, who have indicated that they concur in the revised schedule and do not oppose this motion.

Federal Defendants have requested one previous extension in this case for a prior summary judgment brief deadline, which Intervenor-Defendant joined and which the Court granted. (ECF Nos. 50, 52).  The Court has granted three previous extensions to Plaintiffs on prior deadlines, including an extension of their deadlines to response to Federal Defendants' Cross-Motion for Summary Judgment and Motion to Strike.  (*See* ECF Nos. 33, 69), as well as a Motion to Extend Time to File Bill of Costs (ECF No. 92).

The extension requested in this motion is necessary due to counsel's litigation obligations in other cases, including *Friends of Animals v. Jewell*, No. 15-cv-0016 (D. D.C.); *Bishop v. Bostick*, No. 13-cv-0082 (N.D. Tex.) and *No Casino in Plymouth v. Jewell*, No. 12-cv-1748 (E.D. Cal.).  Granting this motion will not prejudice any party and will not affect any subsequent court-ordered deadlines.

Accordingly, Federal Defendants respectfully request that the upcoming deadlines be revised as follows:

| Event | Current Deadline | Requested Extension |
|---|---|---|
| Federal Defendants' and Defendant-Intervenor's response to Plaintiffs' motions (ECF Nos. 99-101): | March 18, 2015 | March 26, 2015 |
| Plaintiffs' reply in support of motions (ECF Nos. 99-101): | March 25, 2015 | April 17, 2015 |

For the foregoing reasons, Federal Defendants respectfully request that this Court grant this unopposed motion.

                                        Respectfully Submitted,

                                        John C. Cruden, Assistant Attorney General
                                        United States Department of Justice
                                        Environment & Natural Resources Division

                                        Seth M. Barsky, Section Chief
                                        S. Jay Govindan, Assistant Section Chief

                                        /s/ Jeremy Hessler
                                        Jeremy Hessler, Trial Attorney
                                        Wildlife & Marine Resources Section
                                        P.O. Box 7611, Washington D.C. 20044
                                        (202) 305-0431, facsimile (202) 305-0275
                                        jeremy.hessler@usdoj.gov

                                        Maureen E. Rudolph, Senior Trial Attorney
                                        Ty Bair, Trial Attorney
                                        Natural Resources Section
                                        P.O. Box 7611, Washington, D.C. 20044-7611
                                        (202) 514-2795, facsimile (202) 305-0506
                                        Counsel for Federal Defendants
                                        Attorneys for the Federal Defendants

OF COUNSEL

Janell Bogue
Gregory Russell
Office of the Solicitor
U.S. Department of Interior

DATED:  March 12, 2015

                                       **IT IS SO ORDERED**:

                                       Miranda M. Du
                                       United States District Judge

                          **DATED**: March 13, 2015

2:13-cv-616-MMD-