JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
E-mail:  jboyle@nevadafirm.com
HOLLEY, DRIGGS, WALCH,
FINE, WRAY, PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:     702/791-0308
Facsimile:     702/791-1912

DAVID H. BECKER, ESQ., *Pro Hac Vice*
Oregon Bar No. 081507
E-mail: davebeckerlaw@gmail.com
Law Office of David H. Becker, LLC
833 SE Main Street # 302
Portland, OR 97214
(503) 388-9160

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY BUNDORF, an individual; FRIENDS OF SEARCHLIGHT DESERT AND MOUNTAINS; BASIN AND RANGE WATCH; ELLEN ROSS, an individual; and RONALD VAN FLEET, JR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL, Secretary of the Interior, BUREAU OF LAND MANAGEMENT, U.S. FISH & WILDLIFE SERVICE,<br><br>Defendants. | CASE NO.:     2:13-cv-616-MMD-PAL<br><br>**REQUEST FOR CHANGE OF DESIGNATION OF LOCAL COUNSEL FOR PLAINTIFFS**<br><br>**AND**<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS** |

PLEASE TAKE NOTICE that Donna M. Wittig, Esq. of the Law Firm of Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson (the "Law Firm"), is no longer attorney of record in the above-captioned matter. (*See* Notice of Disassociation, Doc. 127). Accordingly, James D. Boyle, Esq. of the Law Firm respectfully requests that he be designated as local counsel in this

matter for Plaintiffs.  (*See* Declaration of Plaintiffs' Consent to Change Designation of Local

Counsel, attached hereto as **Exhibit 1**.)

Mr. Boyle's information is as follows:

> James D. Boyle, Esq.
> Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson
> 400 South Fourth Street, Third Floor
> Las Vegas, Nevada 89101
> Telephone:      (702) 791-0308
> Facsimile:      (702) 791-1912
> Email:            jboyle@nevadafirm.com

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

  /s/ James D. Boyle
Designated Resident Nevada Counsel's Signature

  08384                              jboyle@nevadafirm.com
Bar number                          Email address

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1

## CONSENT OF *PRO HAC VICE* COUNSEL

2        The undersigned hereby consents to the designation of James D. Boyle as associate

3  resident Nevada counsel in this case.

4

      /s/ David H. Becker

5        *Pro Hac Vice* Counsel's Signature

6

7       DATED this 1st day of June, 2015.

          **HOLLEY, DRIGGS, WALCH,**

8            **FINE, WRAY, PUZEY & THOMPSON**

9

10          /s/  James D. Boyle

          JAMES D. BOYLE, ESQ.

11            Nevada Bar No. 08384

          400 South Fourth Street, Third Floor

12            Las Vegas, Nevada 89101

13

          **LAW OFFICE OF DAVID H. BECKER,**

14            **LLC**

15

        /s/ David H. Becker

16            DAVID H. BECKER, ESQ., *Pro Hac Vice*

          Oregon Bar No. 081507

17            833 SE MAIN STREET # 302

          PORTLAND, OR 97214

18            (503) 388-9160

19

          *Attorneys for Plaintiffs*

20

21

22  APPROVED:

Dated this ____ 1st ____ day of ____ June _____, 2015.

23

24

_____

25  UNITED STATES DISTRICT JUDGE

26

27

28

1  JAMES D. BOYLE, ESQ.
   Nevada Bar No. 08384
2  E-mail: jboyle@nevadafirm.com
   HOLLEY, DRIGGS, WALCH,
3  FINE, WRAY, PUZEY & THOMPSON
4  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
5  Telephone:    702/791-0308
   Facsimile:    702/791-1912
6
7  DAVID H. BECKER, ESQ. (*Admitted Pro Hac Vice*)
   Oregon Bar No. 081507
8  E-mail: davebeckerlaw@gmail.com
   Law Office of David H. Becker, LLC
9  833 SE Main Street # 302
   Portland, OR 97214
10 (503) 388-9160
11 *Attorneys for Plaintiffs*
12
13              **UNITED STATES DISTRICT COURT**
14                   **DISTRICT OF NEVADA**
15
   JUDY BUNDORF, an individual; FRIENDS OF
16 SEARCHLIGHT DESERT AND MOUNTAINS;
   BASIN AND RANGE WATCH; ELLEN ROSS,    CASE NO.:    2:13-cv-616-MMD-PAL
17 an individual; and RONALD VAN FLEET, JR.,
   an individual,
18
                Plaintiffs,
19                                       **DECLARATION OF PLAINTIFFS'**
        v.                               **CONSENT TO CHANGE DESIGNATION**
20                                       **OF LOCAL COUNSEL**
   S.M.R. JEWELL, Secretary of the Interior,
21 BUREAU OF LAND MANAGEMENT, U.S.
   FISH & WILDLIFE SERVICE,
22
                Defendants.
23
24         We, Plaintiffs in the above-referenced case, declare pursuant to 28 U.S.C. § 1746 that the
25 following are true and accurate to the best of our knowledge:
26         1.      We are the Plaintiffs in the above-captioned matter, entitled *Bundorf et al. v.*
27 *S.M.R. Jewell*, and are all over the age of eighteen years and competent to testify to the matters
28 set forth herein.    We make this Declaration to evidence our consent to a change in the

09807-01/Declaration of Plaintiffs' Consent.doc

1  designation of local counsel from Donna M. Wittig, Esq. of the law firm of Holley, Driggs,

2  Walch, Fine, Wray, Puzey & Thompson (the "Law Firm") to James D. Boyle, Esq., also of the

3  Law Firm.

4         2.      Plaintiffs filed the instant action on April 10, 2013. (Compl., Doc. 1.) On that

5  date, counsel for Plaintiffs, David H. Becker, Esq., filed a Verified Petition to Practice Pro Hac

6  Vice and Designation of Local Counsel. (V. Pet., Docs. 6, 10.) The Court granted the Verified

7  Petition on April 9, 2013, which designated Stacy D. Harrop, Esq. as local counsel. (Order, Doc.

8  12.) The Court granted the Motion to Substitute Attorney Donna M. Wittig as Local Counsel for

9  Plaintiffs on November 25, 2013. (Order, Doc. 31)

10         3.      On or about May 6, 2015, Plaintiffs were notified that Ms. Wittig accepted a

11  position at another Law Firm and will no longer be employed as an attorney at the Law Firm,

12  and that Mr. Boyle of the Law Firm has agreed to remain as attorney of record as local counsel

13  for Plaintiffs.

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

**13-616 Motion for Change of Designation of Local Counsel - Exhibit 1 - page 2 of 6**

1      4.      By way of this Declaration, Plaintiffs extend their consent to change the

2  designation of local counsel from Donna M. Wittig, Esq. to James D. Boyle, Esq.

3      We, and each of us individually, declare under penalty of perjury under the laws of the

4  United States of America that the foregoing is true and correct.

| Judy Bundorf, individually | Judy Bundorf, as founder of Friends of Searchlight Desert and Mountains |
|---|---|
| *Judy Bundorf* (signature) | *Judy Bundorf* (signature) |
| (Party signature) | (Party signature) |
| May 8, 2015 | May 8, 2015 |
| (Date signed) | (Date signed) |
| **Kevin Emmerich, as founder of Basin and Range Watch** | **Ellen Ross** |
| | |
| (Party signature) | (Party signature) |
| | |
| (Date signed) | (Date signed) |
| **Ronald Van Fleet, Sr., individually** | |
| | |
| (Party signature) | |
| | |
| (Date signed) | |

- 3 -

**13-616 Motion for Change of Designation of Local Counsel - Exhibit 1 - page 3 of 6**

4 days of the top of this Declaration, Plaintiffs extend their consent to change the designation of local counsel from Donna M. Wittig, Esq. to James D. Boyle, Esq.

We, and each of us individually, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Judy Bundorf, individually | Judy Bundorf, as founder of Friends of Searchlight Desert and Mountains |
|---|---|
| _____<br>(Party signature) | _____<br>(Party signature) |
| _____<br>(Date signed) | _____<br>(Date signed) |
| Kevin Emmerich, as founder of Basin and Range Watch<br><br>_____<br>(Party signature)<br><br>5-22-15<br>(Date signed) | Ellen Ross<br><br><br>_____<br>(Party signature)<br><br>_____<br>(Date signed) |
| Ronald Van Fleet, Sr., individually<br><br><br>_____<br>(Party signature)<br><br>_____<br>(Date signed) | |

**13-616 Motion for Change of Designation of Local Counsel - Exhibit 1 - page 4 of 6**

4.    By way of this Declaration, Plaintiffs extend their consent to change the designation of local counsel from Donna M. Wittig, Esq. to James D. Boyle, Esq.

We, and each of us individually, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **Judy Bundorf, individually** | **Judy Bundorf, as founder of Friends of Searchlight Desert and Mountains** |
|---|---|
| (Party signature) | (Party signature) |
| (Date signed) | (Date signed) |
| **Kevin Emmerich, as founder of Basin and Range Watch** | **Ellen Ross** |
| (Party signature) | (Party signature) |
| (Date signed) | 5/15/15 (Date signed) |
| **Ronald Van Fleet, Sr., individually** | |
| (Party signature) | |
| (Date signed) | |

1       4.    By way of this Declaration, Plaintiffs extend their consent to change the

2 designation of local counsel from Donna M. Wittig, Esq. to James D. Boyle, Esq.

3       We, and each of us individually, declare under penalty of perjury under the laws of the

4 United States of America that the foregoing is true and correct.

5

| **Judy Bundorf, individually** | **Judy Bundorf, as founder of Friends of Searchlight Desert and Mountains** |
|---|---|
| (Party signature) | (Party signature) |
| (Date signed) | (Date signed) |
| **Kevin Emmerich, as founder of Basin and Range Watch** | **Ellen Ross** |
| (Party signature) | (Party signature) |
| (Date signed) | (Date signed) |
| **Ronald Van Fleet, Sr., individually** | |
| *[signature]* (Party signature) | |
| 5-22-15 (Date signed) | |

**13-616 Motion for Change of Designation of Local Counsel - Exhibit 1 - page 6 of 6**