JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
JEREMY HESSLER, Trial Attorney
    Wildlife & Marine Resources Section
    P.O. Box 7611, Washington D.C. 20044
    (202) 305-0431, facsimile (202) 305-0275
    jeremy.hessler@usdoj.gov

DEDRA CURTEMAN, Trial Attorney
    Natural Resources Section
    P.O. Box 7611, Washington, D.C. 20044-7611
    (202) 305-0446, facsimile (202) 305-0506

JAMES A. MAYSONETT, Attorney
    Appellate Section
    P.O. Box 7415, Washington, D.C. 20044
    (202) 305-0216, facsimile (202) 353-1873
    james.a.maysonett@usdoj.gov

COUNSEL FOR FEDERAL DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUDY BUNDORF, an individual; FRIENDS OF SEARCHLIGHT DESERT AND MOUNTAINS; BASIN AND RANGE WATCH; ELLEN ROSS, an individual; and RONALD VAN FLEET, SR., an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>S.M.R. JEWELL, Secretary of the Interior, BUREAU OF LAND MANAGEMENT, U.S. FISH & WILDLIFE SERVICE,<br><br>    Defendants. | No. 2:13-cv-00616<br><br>**MOTION TO WITHDRAW** |

1   Pursuant to Local Rule of Practice 11-6, the undersigned attorney, Jeremy Hessler,
2  respectfully requests leave to withdraw as counsel for Federal Defendants. Mr. Hessler will be
3  leaving the Department of Justice for a new legal position.
4   Mr. James Maysonett and Ms. Dedra Curteman, both counsel of record in this case, will
5  continue to represent Defendants.

7  DATED this 7th day of December, 2017.

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environments & Natural Resources Division

*/s Jeremy Hessler*
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0431
(202) 305-0275 (fax)
Jeremy.hessler@usdoj.gov
*Attorney for Federal Defendants*

OF COUNSEL

Janell Bogue
Gregory Russell
Office of the Solicitor
U.S. Department of Interior

2

1

**CERTIFICATE OF SERVICE**

I hereby state and certify that on December 7, 2017, I have filed the foregoing document using the ECF system, and that such document will be served electronically on all parties of record.

*Jeremy Hessler*

Jeremy Hessler
Trial Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

JUDY BUNDORF, an individual; FRIENDS OF SEARCHLIGHT DESERT AND MOUNTAINS; BASIN AND RANGE WATCH; ELLEN ROSS, an individual; and RONALD VAN FLEET, SR., an individual,

    Plaintiffs,

    v.

S.M.R. JEWELL, Secretary of the Interior, BUREAU OF LAND MANAGEMENT, U.S. FISH & WILDLIFE SERVICE,

    Defendants.

No. 2:13-cv-00616

## **ORDER GRANTING MOTION TO WITHDRAW**

This matter having come before this Court on Jeremy Hessler's Motion to Withdraw from representation as counsel for the Federal Defendants, and this Court having reviewed the Motion and good cause being shown:

IT IS HEREBY ORDERED that the Motion is GRANTED.

SIGNED this 15th day of December, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE