UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUDY BUNDORF, an individual; FRIENDS OF SEARCHLIGHT DESERT AND MOUNTAINS; BASIN AND RANGE WATCH; ELLEN ROSS, an individual; and RONALD VAN FLEET, SR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL, Secretary of the Interior; BUREAU OF LAND MANAGEMENT; U.S. FISH & WILDLIFE SERVICE,<br><br>Defendants,<br><br>v.<br><br>SEARCHLIGHT WIND ENERGY, LLC,<br><br>Defendant-Intervenor. | Case No. 2:13-cv-00616-MMD-PAL<br><br>ORDER |

Before the Court is Plaintiff's letter (ECF No. 198), seeking a status check as to the disposition of the pending Amended Motion for Attorneys' Fees, Costs and other Expenses (ECF No. 171) pursuant to Local Rule IA 7-1(a). The Court disposes of pending matters in chronological order, except for those motions that require disposition on an expedited basis. The Amended Motion for Attorneys' Fees, Costs and other Expenses (ECF No. 171) does not fall within the category that requires expedited disposition and will therefore be decided in the order of pending matters in civil cases.

DATED THIS 15th day of March 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE