JAMES D. BOYLE, ESQ.
Nevada Bar No. 8384
E-mail: jboyle@nevadafirm.com
HOLLEY, DRIGGS, WALCH,
FINE, WRAY, PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

DAVID H. BECKER, ESQ. (*Pro Hac Vice*)
Oregon Bar No. 081507
Law Office of David H. Becker, LLC
917 SW Oak St., Suite 409
Portland, Oregon 97205
(503) 388-9160
davebeckerlaw@gmail.com

*Of Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY BUNDORF, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RYAN ZINKE[1], *et al.*, <br><br> Defendants, <br> and <br><br> SEARCHLIGHT WIND ENERGY, LLC <br><br> Intervenor-Defendant. | CASE NO.: 2:13-cv-616-MMD-PAL <br><br> **[PROPOSED] ORDER ON ATTORNEYS' FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

---

[1] Ryan Zinke, S.M.R. Jewell's successor as Secretary of the Interior, is automatically substituted as a party under Fed. R. Civ. P. 25(d).

|     |     |
| --- | --- |
| 1   | This matter came before the Court, Honorable Miranda M. Du, United States District |
| 2   | Judge presiding, on Plaintiffs Judy Bundorf, Friends of Searchlight Desert and Mountains, Basin |
| 3   | and Range Watch, Ellen Ross, and Ronald Van Fleet, Sr.'s motion and amended motion for |

This matter came before the Court, Honorable Miranda M. Du, United States District Judge presiding, on Plaintiffs Judy Bundorf, Friends of Searchlight Desert and Mountains, Basin and Range Watch, Ellen Ross, and Ronald Van Fleet, Sr.'s motion and amended motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"). ECF Nos. 153, 171. The Court had previously granted summary judgment in part in favor of Plaintiffs and vacated the Record of Decision, Final Environmental Impact Statement, and the Biological Opinion for the Searchlight Wind Energy Project. ECF Nos. 90, 132, 133.

The Court, having reviewed Plaintiffs' amended motion for attorneys' fees and costs (ECF No. 171) and reply in support of that motion (ECF No. 190), together with the supporting documents filed by Plaintiffs (ECF Nos. 172–82, 191–92) and the opposition filed by Federal Defendants Ryan Zinke, Bureau of Land Management, and U.S. Fish & Wildlife Service (ECF No. 187), issued an Order granting Plaintiffs' motion for attorneys' fees and costs. ECF No. 201.

Therefore, IT IS HEREBY ORDERED that Plaintiffs' motion and amended motion for attorneys' fees and costs are GRANTED to the extent set forth herein;

IT IS FURTHER ORDERED that Plaintiffs be awarded $467,993.34 in attorneys' fees and costs against the Federal Defendants pursuant to the EAJA, which award is comprised of:

1. Attorneys' fees in the amount of $444,354.86 (Exhibit I to the Second Declaration of David H. Becker, ECF No. 191-2, summarizing all attorneys' fees, costs, and expenses requested, including reductions where billing entries were block billed);
2. Fees for paralegals in the amount of $2,216.50 (ECF No. 191-2);
3. Science expert costs in the amount of $18,439.17 (ECF No. 191-2); and
4. Other costs and expenses in the amount of $2,982.81 (ECF No. 191-2).

**IT IS SO ORDERED.**

_____
Miranda M. Du
UNITED STATES DISTRICT JUDGE

**DATED:** September 4, 2018

[PROPOSED] ORDER ON ATTORNEYS' FEES AND COSTS

1

Respectfully submitted this 31st day of August 2018.

 /s/ David H. Becker
DAVID H. BECKER, ESQ., *Pro Hac Vice*
Oregon Bar No. 081507
E-mail: davebeckerlaw@gmail.com
Law Office of David H. Becker, LLC
833 SE Main Street # 302
Portland, OR 97214
(503) 388-9160

*Of Attorneys for Plaintiffs*

## LOCAL RULE 7-2(f) CERTIFICATION

In accordance with Local Rule 7-2(f), undersigned counsel certifies that the [Proposed] Order accurately reflects the Court's ruling, that I served a copy of this [Proposed] Order by electronic mail to all opposing counsel of record on August 22, 2018 to the electronic mail addresses listed in the most recent CM/ECF notice from the Court, that three business days have passed, and that no reasons for disapproval were received from any opposing counsel.

/s/ David H. Becker

DAVID H. BECKER, ESQ., *Pro Hac Vice*
Oregon Bar No. 081507
E-mail: davebeckerlaw@gmail.com
Law Office of David H. Becker, LLC
833 SE Main Street # 302
Portland, OR 97214
(503) 388-9160

*Of Attorneys for Plaintiffs*